AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

GARRY A HAMILTON                              Civil Action No. 1:23-cv-34

    Plaintiff

    v.

FORT WAYNE COMMUNITY SCHOOLS

    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: JUDGMENT IS ENTERED in favor of Defendant, Fort Wayne Community Schools and against Plaintiff, Garry A Hamilton.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Chief Judge Holly A. Brady on Defendant's Motion for Summary Judgment.

DATE:  05/01/2024                   CHANDA J. BERTA, CLERK OF COURT

                                        by     s/J. Barboza
                                             *Signature of Clerk or Deputy Clerk*